# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PATTON,<br>        Petitioner,<br>    v.<br>MICHAEL MARTEL,<br>        Respondent. | Case No. CV 18-08775-AB (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: 4/17/2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE